UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JOESPH HUTCHENS, JR., | No. 2:19-cv-2035 AC P |
| Plaintiff, | |
| v. | ORDER |
| SHASTA COUNTY JAIL, et al., | |
| Defendants. | |

By an order filed October 16, 2019, plaintiff was ordered to file a certified copy of his prison trust account statement and was cautioned that failure to do so would result in a recommendation that this action be dismissed. ECF No. 4. The thirty-day period has now expired, and plaintiff has not filed the required statement. Furthermore, although plaintiff has filed a letter regarding his conditions of confinement (ECF No. 5), it makes no mention of the October 16, 2019 order or his ability to obtain a trust account statement. Plaintiff will be given one final opportunity to file a certified copy of his trust account statement.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six-

////

////

////

1

month period immediately preceding the filing of the complaint.  Failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: December 2, 2019

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE