UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JOESPH HUTCHENS, JR., | No. 2:19-cv-02035-TLN-AC |
| Plaintiff, | |
| v. | ORDER |
| SHASTA COUNTY JAIL, et al., | |
| Defendants. | |

Aaron Joseph Hutchens, Jr. ("Plaintiff"), a county prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 20, 2020, the magistrate judge filed findings and recommendations which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within fourteen days. (ECF No. 8.) Plaintiff has not filed objections to the Findings and Recommendations.

Although it appears from the file that Plaintiff's copy of the Findings and Recommendations was returned, Plaintiff was properly served. It is the Plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

/////

1

| | |
|---|---|
| 1 | Accordingly, the Court presumes that any findings of fact are correct.  *See Orand v.* |
| 2 | *United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are |
| 3 | reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. |
| 4 | 1983); *see also* 28 U.S.C. § 636(b)(1). |
| 5 | Having reviewed the file under the applicable legal standards, the Court finds the Findings |
| 6 | and Recommendations to be supported by the record and by the magistrate judge's analysis. |
| 7 | Accordingly, IT IS HEREBY ORDERED that: |
| 8 | 1.  The Findings and Recommendations filed February 20, 2020 (ECF No. 8), are adopted |
| 9 | in full; and |
| 10 | 2.  This action is DISMISSED without prejudice for failure to prosecute.  *See* L.R. 183(b). |
| 11 | IT IS SO ORDERED. |
| 12 | DATED:  April 7, 2020 |

Troy L. Nunley
United States District Judge